AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Hiram Pérez-Soto, Pro Se _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Maite Oronoz Rodriguez, Et Al. _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-cv-1266(CCC) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Laura Ivette Ortiz Flores
Tribunal Apelativo
268 Ave. Muñoz Rivera
San Juan PR 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se ; Fed. Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S-1 #5 San Juan P.R. 00921
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:52:07 -04'00'

Date: 03/27/2019 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Laura Ivette Ortiz Flores

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)*
2058 Minos Roura Ave. San Jun, PR on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda Annie Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* April 1, 2019; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, Pro Se )
_____ )
*Plaintiff(s)* )
)
v. ) Civil Action No. 19-cv-1266(CCC)
)
)
)
Maite Oronoz Rodriguez Et Al )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Carlos. Vizcarrondo Irizarri
Tribunal Apelativo
268 Ave. Muñoz Rivera, San Juan, P.R. 00918 - 1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se ; Fed Bar # 119404
Urb. Villas de Paraná Calle 11, Bloque S-1 #5, San Juan, P.R. 00921
tel. 787 - 438 - 6687 / Email: hperez 1057 @ gmail. com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:57:00 -04'00'

Date: ___03/27/2019___
*Signature of Clerk or Deputy Clerk*

440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carlos Mezcarondo Irizarri

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Muñoz Rivera Ave. San Juan, PR  on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda Annie Franco Cermona , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* April 1, 2019 or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Repollet Melendez
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 3:19-cv-01266-CCC Document 5-1 Filed 03/27/19 Page 85 of 124

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## for the

)
)
)

Hiram Pérez-Soto, Pro Se

_____
Plaintiff(s)

)
)

v.

)
)

Civil Action No. 19-cv-1266(CCC)

)
)
)

Maite Oronoz Rodríguez, ET Als

_____
Defendant(s)

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Juan R. Hernández Sánchez
Tribunal Apelativo
268 Ave. Muñoz Rivera, San Juan, P.R. 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se    Fed. Bar #119404
Urb. Villas de Paraná Calle 11 Bloque S-1 #5 San Juan, P.R. 00926 00925
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
CLERK OF COURT

Antonio Rodriguez-
Gonzalez
2019.03.27 13:52:44 -04'00'

Date: 03/27/2019    _____

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Juan R. Hernandez Sanchez

was received by me on *(date)* Apri 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
2681 Muñoz Rivera Ave. San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda Annie Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1, 2019 or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuela Repollet Melendez
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roberto Rodriguez Castllor

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
266 Muñoz Rivera Ave. San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda - Annde Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* April 1, 2019 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Repollet Mecheney
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roberto Rodriguez Castillo

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
265 Muñoz Rivera Ave. San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda · Annde Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1, 2019 or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Repollet Melendez
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Hiram Pérez-Soto, Pro Se
_____
Plaintiff(s)

v.

Maite Oronoz Rodriguez, Et Als
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)

Civil Action No.  19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ivelisse Dominguez Irizarri
Tribunal Apelativo
268 Ave. Muñoz Rivera San Juan, P.R 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Solo, Pro Se  Fed. Bar # 119404
Urb. Villas de Parana Calle 11, Bloque S-1 #5 San Juan P.R. 00792
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
CLERK OF COURT

Antonio Rodriguez-Gonzalez
2019.03.27 14:01:42 -04'00'

Date: _____03/27/2019_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ivelisse Dominguez Irizarri

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
268 Minoz Rivera Ave. San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda · Annie Franco Cormena , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
Hiram Pérez-Soto, ProSe )
_Plaintiff(s)_ )
)
v. ) Civil Action No.  19-cv-1266(CCC)
)
)
)
Maite Oronoz Rodríguez, Et Als )
_Defendant(s)_ )
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

María del Carmen Gómez Córdova
Tribunal Apelativo
268 Ave. Muñoz Rivera
San Juan PR 00918-1913

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Attorney Hiram Pérez-Soto  Pro Se      Fed Bar # 119404
Urb. Villas de Parana Calle 11, Bloque S-1 #5, San Juan PR. 00921
tel. 787- 438-6687 / Email: hperez1057@gmail.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:48:13 -04'00'

Date:   03/27/2019

                     *Signature of Clerk or Deputy Clerk*

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Maria Del Carmen Ganez Cardova

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Minoz Rivera Ave. San Jun P02 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lda - Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019 _____

*Server's signature*

Maanel A. Depo Net Nevende

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, Pro Se

_____
Plaintiff(s)

v.

Maite Oronoz Rodríguez, et als
_____
Defendant(s)

)
)
)
)
)
)
)
)
)

Civil Action No. 19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Fernando J. Bonilla Ortiz
Tribunal Apelativo
268 Ave. Muñoz Rivera San Juan, PR. 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto  Pro Se.  Fed. Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S-1 #5, San Juan PR. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:54:42 -04'00'

Date: 03/27/2019

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fernando J. Bonilla Ortiz

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave. San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda-Annie Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1, 2019; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Depollet Millender
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Hiram Pérez Soto, Prose _____ *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) ) Civil Action No.   19-cv-1266(CCC) |
| Maite Oronoz Rodríguez, ETALS _____ *Defendant(s)* | ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Misael Ramos Torres
Tribunal Apelativo
268 Ave. Muñoz Rivera
San Juan PR 00918-193

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se . Fed. Bar # 119404
Urb. Villas de Parana Calle 11, Bloque S-1 #5, San Juan, PR 0092
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 14:00:08 -04'00'

_____
*Signature of Clerk or Deputy Clerk*

Date:   03/27/2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Misael Ramos Torres

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave. San Juan PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lcda. Annie Franco Carmona, who is

designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1, 2019

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*


My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A. Revollet Melendez
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

|  |  |
|---|---|
| Hiram Pérez-Soto, Pro se | ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) Civil Action No. 19-cv-1266(CCC) |
| Maite Oronoz Rodriguez Etc ALs | ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Olga E. Birriel Cardona
Tribunal Apelativo
268 Ave Muñoz Rivera San Juan P.R. 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se   Fed. Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S-1 #5, San Juan P.R.
00926
Tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-
Gonzalez
2019.03.27 13:54:02 -04'00'

Date: 03/27/2019 _____        _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Olga E. Birriel Cardona

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave-San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lcda. Annie Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*


My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

)
)
)
Hiram Pérez - Soto, Pro Se )
_Plaintiff(s)_ )
v. ) Civil Action No. 19-cv-1266(CCC)
)
)
)
Maite Oronoz Rodríguez, Et )
_Defendant(s)_ Als )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Sor de Borinquen Cintrón Cintrón
Tribunal Apelativo
268 Ave. Muñoz Rivera, San Juan, P.R. 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Hiram Pérez Soto Pro Se    Fed. Bar # 119404
Urb. Villas de Paraná Calle 11, Bloque S-1 #5 San Juan PR 0092
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-
Gonzalez
2019.03.27 13:55:24 -04'00'

Date: 03/27/2019

_Signature of Clerk or Deputy Clerk_

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sor de Borinquen Cintron Cintron

was received by me on *(date)* Apr) 1 , 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Mina Rivera Ave. San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cda Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* Apr) 1 , 2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date Apr) 1 , 2019

_____
Server's signature

Manuel A. Depollot Melendez
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

```
                                    )
                                    )
                                    )
  Hiram Pérez Soto, Prose           )
            Plaintiff(s)            )
                                    )
            v.                      )      Civil Action No. 19-cv-1266(CCC)
                                    )
                                    )
  Maite Oronoz Rodriguez, EtAl      )
            Defendant(s)            )
                                    )
```

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Félix R. Figueroa Cabán
Tribunal Apelativo
268 Ave. Muñoz Rivera, San Juan, P.R. 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se   Fed. Bar # 119404
Urb. Villas de Parana, Calle 11, Bloque S-1 #5, San Juan, PR.
tel. 787-438-4487 / Email: hperez1057@gmail.an

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:56:18 -04'00'

Date: ___03/27/2019___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Felix R. Figueroa Caban

was received by me on *(date)* April 1, 2019.

☒ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave. San Jun, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda - Annie France Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1, 2019 or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Repollet Melendez
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, Pro Se
_____
*Plaintiff(s)*

v.

Maite Oronoz Rodriguez, Etals
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 19-cv-1266(CCC)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sigfrido Steidel Figoeroa
Tribunal Apelativo
268 Ave Muñoz Rivera, San Juan, P.R. 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se   Fed. Bar # 11940 4
Urb. Villas de Parana Calle 11, Bloque S-1 #5 San Juan, P.R. 00926
tel. 787-438-6687 / Email: hperez 1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:59:26 -04'00'

Date: 03/27/2019
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sigfrido Steidel Figueroa

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave. San Juan, JR on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda. Annie France Cormann who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* April 1, 2019; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: Abril 1, 2019                    _____
                                        *Server's signature*

                    Manuel A. Repollet Melendez
                    *Printed name and title*


                    _____
                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez Soto, Pro Se
_____
*Plaintiff(s)*

v.

Maite Oronoz Rodriguez, ElALs
_____
*Defendant(s)*

Civil Action No. 19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Irene S. Soroeta Kodesh
Tribunal Apelativo
268 Ave. Muñoz Rivera
San Juan PR. 00918 - 1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se  Fed. Bar # 119404
Urb. Villas de Parana Calle 11 Bloque S-1 #5 San Juan PR
                                                    00092
tel. 787- 438- 6687  /  Email: hpeorez 1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Date: 03/27/2019
_____

Antonio Rodriguez-
Gonzalez
2019.03.27 13:51:28 -04'00'

*Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Irene S. Soroeta Kodesh

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
768 Muñoz Rivera Ave. Santen PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda. Anni e Franco Cormora , who is

designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*


My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Repollet Melencle
_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
)
Hiram Pérez-Soto, Pro Se )
_Plaintiff(s)_ )
)
v. )   Civil Action No.  19-cv-1266(CCC)
)
)
)
)
Maite Oronoz Rodriguez, Et Als )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aida Nieves Figueroa
Tribunal Apelativo
268 Ave. Muñoz Rivera San Juan, PR 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se  Fed Bar # 119404
Urb Villas de Paraná Calle 11, Bloque S-1 #5, San Juan P.R. 00926
tel. 787-438-6687 / Email: hperez 1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:45:40 -04'00'

Date:  03/27/2019

_____
*Signature of Clerk or Deputy Clerk*

C 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alda Nieves Figueroa

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
260 Muñoz Rivera Ave. San Juan, PR       on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda-Annie Franco Cormere , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Repollet Melendez
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

|  |  |  |
|---|---|---|
| Hiram Pérez-Soto, Pro Se | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 19-cv-1266(CCC) |
| Maite Oronoz Rodríguez, et Als | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Nélida Jiménez Velázquez
Tribunal Apelativo
268 Ave. Muñoz Rivera San Juan P.R. 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Hiram Pérez-Soto Pro Se Fed. Bar # 119404 Urb. Villas de Paraná Calle 11, Bloque S-1 #5, San Juan, P.R. 00926 tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-Gonzalez
2019.03.27 13:49:26 -04'00'

Date: 03/27/2019 _____

_Signature of Clerk or Deputy Clerk_

C 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nélida Jimenez Velazquez

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)*

268 Muñoz Rivera Ave. San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A. Repolleet Melendez
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Hiram Pérez-Soto, Pro Se | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-1266(CCC) |
| Maite Oronoz Rodriguez, ETAB | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Gretchen Coll Marti
Tribunal Apelativo
268 Ave. Muñoz Rivera San Juan, P.R. 80918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se    Fed. Bar # 119404
Urb. Villas de Parana Calle 11 Boque S-1 #5, San Juan, P.R. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:48:45 -04'00'

Date: ___03/27/2019___    _____
*Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gretchen Coll Marti

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Muñoz Rivera Ave. San Juan, PR              on *(date)*                     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda. Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: April 1, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, Pro Se
*Plaintiff(s)*

v.

Maite Oronoz Rodriguez, Et Als
*Defendant(s)*

Civil Action No. 19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ricardo Marrero Guerrero
Tribunal de San Juan (TPI)
Centro Judicial de Hato Rey Ave. Muñoz Rivera Esq. Coll y
San Juan, P.R. 00919-0 0887 · Toste, Parada 37
PO Box 190-887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are;

Attorney Hiram Pérez-Soto Pro Se Fed Bar # 119404
Urb. Villas de Parana Calle 11 Bloque S-1 #5, San Juan P.R. 00926
Tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:39:16 -04'00'

Date: _03/27/2019_

*Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ricardo Marrero Guerrero
was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)* _____
268 Muñoz Rivera Ave. San Juan, PR ___ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lcda. Annie Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date April 1, 2019

_____
Server's signature

Manuel A. Depollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
)
Hiram Pérez-Soto, Pro Se )
_Plaintiff(s)_ )
)
v. )    Civil Action No. 19-cv-1266(CCC)
)
)
)
)
Maite Oronoz Rodriguez, ET Als )
_Defendant(s)_ )
)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Myrna Esthier Ayala Díaz
Tribunal de San Juan (TPI) / Centro Judicial de Hato Rey
Ave. Muñoz Rivera Esq. Coll y Toste Parada 37, San Juan, P.R.
P.O Box 190-887                                              00919-0088

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se  Fed. Bar # 119404
Urb. Villas de Parraná Calle 11 Bloque 5-1#5, San Juan PR. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-
Gonzalez
2019.03.27 13:42:03 -04'00'

Date: _03/27/2019_ _____                        _Signature of Clerk or Deputy Clerk_

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Myrna Esther Ayala Dia

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Muñoz Rivera Ave. San Juan, PR  on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda. Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, Pro Se
_____
Plaintiff(s)

v.                                    Civil Action No. 19-cv-1266(CCC)

Maite Oronoz Rodriguez, Et Als
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Arlene Sellez Guerrini
Tribunal de San Juan / Centro Judicial de Hato Rey (TPI)
Ave. Muñoz Rivera Esq. Coll y Toste Parada 37, San Juan PR. 00919
00887
PO Box 190-887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se Fed Bar # 119404
Urb. Villas de Paraná Calle 11 Blóque S-1 #5, San Juan PR. 00926
tel. 787-438-6687 / Email: hperez 1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:42:50 -04'00'

Date:    03/27/2019
                                        _____
                                        *Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arleene Sellez Guerrina

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Muños Rivera Ave. San Juan, PR on *(date)*      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lcda. Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Depoller Melandes
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

```
                                    )
                                    )
                                    )
Hiram Pérez-Soto, Pro Se            )
          Plaintiff(s)              )
                                    )
            v.                      )   Civil Action No. 19-cv-1266(CCC)
                                    )
                                    )
                                    )
Maite Oronoz Rodriguez, Et Als      )
          Defendant(s)              )
                                    )
```

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Miguel Cancio Vigas
Tribunal de San Juan (TPI) Centro Judicial de Hato Rey
Ave. Muñoz Rivera Esq. Coll y Toste Parada 37, San Juan, P.R.
                                                    00919 - 0088
     PO Box 190-887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:
Attorney Hiram Pérez-Soto Pro Se  Fed Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S-1 #5, San Juan P.R.
                                                    00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

                                        Frances Rios De Moran, Esq.
                                        *CLERK OF COURT*

                                                    Antonio Rodriguez-
                                                    Gonzalez
                                                    2019.03.27 13:42:24 -04'00'

Date:    03/27/2019
                                        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel Garcia Vigas

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
268 Ave. Muña Rivera San Juan, PR 02 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda Annie Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* April 1, 2019; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019 _____
Server's signature

Manuel A. Repollet Muenley
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

)
)
)
)
Hiram Pérez-Soto, Pro Se )
_Plaintiff(s)_ )
)
v. )      Civil Action No.   19-cv-1266(CCC)
)
)
)
Maite Oronoz Rodriguez, EtAls )
_Defendant(s)_ )
)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Enrique A. Pérez Acosta

Tribonal de San Juan (TPI) Centro Judial de Hato Rey
Ave. Muñoz Rivera, San Juan PR 00919-00887
(Esq. Coll y Toste Parada 37)      P.O. Box 190-887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Hiram Pérez-Soto, Pro Se Fed Bar# 11940

Urb. Villas de Parmá. Calle 11 Bloqe S1 #5, San Juan P.R. 00926
tel. 787-438-6687 / Email. hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-Gonzalez
2019.03.27 13:39:34 -04'00'

Date: _____03/27/2019_____

_Signature of Clerk or Deputy Clerk_

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Enrique A. Perez Acosta

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave. San Juan, PR  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* eda - Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Repollet Melender
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
Hiram Perez-Soto, Pro Se )
*Plaintiff(s)* )
)
v. )   Civil Action No.  19-cv-1266(CCC)
)
)
)
Maite Oronoz Rodriguez, Et Als )
*Defendant(s)* )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rubén Castro Rodriguez
Tribunal de Humacao (TPI)
Ave. Nicanor Vázquez Boulevard del Río, Humacao, PR, 00792
PO Box 0885                                           0885

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Hiram Pérez-Soto, Pro Se   Fed. Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S-7 #5, San Juan, P.R. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:40:26 -04'00'

Date:  03/27/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ruben Castro Rodriguez

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Munoz Rivera Ave. San Juan, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda. Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel A. Repollet Melendez
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Hiram Pérez-Soto, Pro Se
*Plaintiff(s)*

v.

Civil Action No. 19-cv-1266(CCC)

Maita Oronoz Rodriguez, ETAL
*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Israel Hernández González
Tribunal de Humacao (TPI)
Ave. Nicanor Vázquez Boulevard del Río, Humacao PR. 00792
PO Box 0885                                                              0885

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se    Fed. Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S-1 #5, San Juan P.R. 00926
tel. 787-438-0687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:41:42 -04'00'

Date: 03/27/2019

*Signature of Clerk or Deputy Clerk*

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Israel Hernández Gonzalez

was received by me on *(date)* April, 1, 2019

☐ I personally served the summons on the individual at *(place)*

268 Munoz Rivera Ave. San Juan, PR on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lcda. Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* April, 1, 2019 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: April, 1, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title


_____
Server's address


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Hiram Pérez Soto, Pro Se<br>_____<br>*Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 19-cv-1266(CCC) ) ) |
| Maite Oronoz Rodriguez, Et Als<br>_____<br>*Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Antonio Negrón VillardeFranco
Tribunal de Humacao (TPI)
Ave. Nicanor Vázquez Boulevard del Rio, Humacao, P.R.
PO BOX 0885                                                              00792-
                                                                                          0885

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se     Fed Bar #119404
Urb. Villas de Parana Calle 11 Bloque S-1 #5, San Juan P.R.
                                                                                                    00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
CLERK OF COURT

Antonio Rodriguez-Gonzalez
2019.03.27 13:41:23 -04'00'

Date: _____03/27/2019_____                              _____
                                                                                       *Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Antonio Negron Villaricde Franco

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave. Cayey, PR.    on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda-Annie Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1 2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A. Depollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

)
)
Hiram Pérez-Soto, Pro Se )
_Plaintiff(s)_ )
)
v. ) Civil Action No. 19-cv-1266(CCC)
)
)
)
Maite Oronoz Rodriguez, Et Als )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Rafael E. Martinez Torres
Parada 8 y media Puerta de Tierra Ave. Ponce de León
San Juan, P.R. 00902-2392 / P.O.Box. 9022392

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se Fed Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S1 #5, San Juan P.R. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-Gonzalez
2019.03.27 13:43:35 -04'00'

Date: 03/27/2019

_Signature of Clerk or Deputy Clerk_

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

vil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rafael E. Martinez Torres

is received by me on *(date)* Apr 1, 2019

☐ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave. Senteen Pl on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda Anniy Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* Apr 1, 2019 or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

ate: Apr 1, 2019

_____
*Server's signature*

Manuel A. Repollet Melendes
*Printed name and title*

_____
*Server's address*

dditional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
)
Hiran Pérez-Soto, Pro Se )
_____Plaintiff(s)_____ )
v. )    Civil Action No.  19-cv-1266(CCC)
)
)
Maite Oronoz Rodriguez, Et Als )
_____Defendant(s)_____ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Roberto Feliberti Cintrón
Parada 8 y media Puerta de Tierra Ave. Ponce de León
San Juan, P.R. 00902-2392 / P.O.Box 9022392

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorn Hiran Pérez-Soto, Pro Se    Fed. Bar # 119404
Urb. Villas de Paraná Calle 11, Bloque S-1, #5, San Juan P.R. 0092
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:35:54 -04'00'

Date:  _03/27/2019_ _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roberto Alliberti Antron

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)*
268 Munoz Rivera Ave. Smtien, P02 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leda- Annlee Franco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* April 1, 2019; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Hiram Pérez-Soto, ProSe
*Plaintiff(s)*

v.

Maite Oronoz Rodriguez, El Als
*Defendant(s)*

Civil Action No.   19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Edgardo Rivera García  / P.O. Box 902 2392
Parada 8 y media Puerta de Tierra
Ave. Ponce de León San Juan, P.R. 00902-2392
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: Attorney Hiram Pérez-Soto  Pro Se  Fed Bar # 11940
Urb. Villas de Parana Calle 11 Bloque S-1 #5, San Juan PR. 00921
Tel. 787-438-6687  /Email: hperez1057@gmail.a

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:43:12 -04'00'

Date:   03/27/2019

*Signature of Clerk or Deputy Clerk*

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Edgardo Rivera Garcia

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)*

268 Muñoz Rivera Ave. San Juan, PR — on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leda · Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuela · Repollet Millerosy
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_Hiram Pérez-Soto, ProSe_
_____
Plaintiff(s)

v.                                    Civil Action No. 19-cv-1266(CCC)

_Maite Oronoz Rodríguez, ETAS_
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

_Luis Estrella Martínez_
_Parada 8 y media Puerta de Tierra Ave. Ponce de León_
_San Juan, P.R. 00902-2392 / P.O.Box 9022392_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Atto. Hiram Pérez-Soto, ProSe   Fed Bar # 119404_
_Urb. Villas de Parana Calle 11 Bloque S-1 #5, San Juan PR 0092_
_tel.787-438-6687 / Email: hperez1057@gmail.com_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-Gonzalez
2019.03.27 13:43:58 -04'00'

Date:   03/27/2019
_____                    _____
                                            _Signature of Clerk or Deputy Clerk_

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Luis Estrella Martinez

as received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)*

268 Minoy Rivera Ave., San Jun, PR ·on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lcda. Anndre Franco Carmona, who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* April 1, 2019; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

Server's signature

Manuel A- Repollet Melendy

Printed name and title

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, Pro Se
_____
_Plaintiff(s)_

v.

Maite Oronoz Rodríguez, Et Al's
_____
_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Anabele Rodríguez Parada 8 y media Puerta de Tierra Ave. Ponce de León San Juan, P.R. 00902-2392 / P.O. Box 9022392

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se   Fed. Bar # 119404 Urb. Villas de Paraná, calle 11 Bloque S-1 #5 San Juan, P.R. 00924 / Tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-
Gonzalez
2019.03.27 14:09:18 -04'00'

Date:  03/27/2019
_____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anabele Rodriguez

was received by me on *(date)* Apr 1, 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Muñoz Rivera Ave. Santun, PR on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lcda. Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Apr 1, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

)
)
)
)
Hiram Pérez-Soto, Pro Se )
_Plaintiff(s)_ )
)
v. )  Civil Action No.  19-cv-1266(CCC)
)
)
)
Maite Oronoz Rodriguez Et Als )
_Defendant(s)_ )
)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Hon. Maite Oronoz Rodriguez
Tribunal Supremo
Parada 8 y media Puerta de Tierra
Ave. Ponce de León
San Juan, Puerto Rico 00902-2392 /PO Box 9022392

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: Attorney Hiram Pérez-Soto, Pro Se Fed. Bar #11940
Urbanización Villas de Paraná, Calle 11 Bloque S-1 #5
San Juan, P.R. 00926 /tel. 787-438-6687 / Email: hperez1057
@gmail.c@

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-Gonzalez
2019.03.27 14:10:07 -04'00'

Date:  03/27/2019

_Signature of Clerk or Deputy Clerk_

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hon. Maite Oronoz Rodriguez

was received by me on *(date)* April, 1, 2019 .

☐ I personally served the summons on the individual at *(place)*

268 Muñoz Rivera Ave. San Juan PR on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* April, 1, 2019 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Leda - Annie Franco Carmona , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April, 1, 2019

_____
*Server's signature*

Manuel A. Repollet Molendez
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
Hiram Pérez-Soto, Pro Se )
*Plaintiff(s)* )
)
v. )  Civil Action No. 19-cv-1266(CCC)
)
)
)
Maite Oronoz Rodriguez, Et Als )
*Defendant(s)* )
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Erick V. Kolthoff Caraballo Tierra Ave. Ponce de León
Parada 8 y media Puerta de Tierra
San Juan, P.R. 00902-2392 / PO Box 9022392

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Attorney Hiram Pérez-Soto Pro Se  Fed. Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S1 #5, San Juan, P.R. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:44:23 -04'00'

Date:  03/27/2019

*Signature of Clerk or Deputy Clerk*

440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Erick V. Kolthoff Caraballo

as received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
268 Muñoz Rivera Ave. San Juan PR on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lcda. Annie Franco Caraball who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
Server's signature

Manuel A - Repollet Melendes
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, ProSe
_____
*Plaintiff(s)*

v.                                    Civil Action No.  19-cv-1266(CCC)

Maite Oronoz Rodriguez, ETAL
_____
*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mildred G. Pabón Charneco
Parada 8 y media Puerta de Tierra Ave. Ponce de León
San Juan, P.R. 00902-2392 / PO Box 9022392

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, ProSe   Fed. Bar # 119404
Urb. Villas de Paraná, Calle 11 Bloque S-1 #5, San Juan, P.R.0092
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 14:08:29 -04'00'

Date:   03/27/2019            _____
                              *Signature of Clerk or Deputy Clerk*

440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mildred G. Pebon Charneco

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)*
268 Muñoz Rivera Ave., Sn Juan PR ; or
                                            on *(date)*

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Leda. Annie Fronco Carmona , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* April 1, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2019

_____
*Server's signature*

Manuel Repollet Melendes
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Hiram Pérez-Soto, Pro Se )
*Plaintiff(s)* )
)
v. )       Civil Action No.   19-cv-1266(CCC)
)
Maite Oronoz Rodríguez Et Als )
*Defendant(s)* )

RECIBIDO-DPTO JUSTICIA

OFIC PROCURADOR GEN

2ABR'19 am10:17

## SUMMONS IN A CIVIL ACTION

RECIBIDO-DPTO JUSTICIA

OFIC PROCURADOR GEN

To: *(Defendant's name and address)*

Minnie H. Rodríguez López
Departamento de Justicia
Calle Teniente César González Esq. Jesús T. Piñero
San Juan, PR. / PO Box 9020192-00905

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se Fed Bar # 119404
Urb. Villas de Parana Calle 11 Bloque S-1 #5, San Juan PR. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:36:37 -04'00'

Date: _____03/27/2019_____                                    _____
*Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Minute H. Rodriguez Lopez

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)* Departamento de Justicia, Calle Cesar Gonzalez, San Juan, PR on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Helbert Santana , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* April 2, 2019 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: April 2, 2019 _____
Server's signature

Manuel A. Repollet Melender
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
Hiram Pérez-Soto, Pro Se )
_Plaintiff(s)_ )
v. ) Civil Action No. 19-cv-1266(CCC)
)
)
)
Waite Oronoz Rodriguez, Et Al )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Amir Cristina Nieves Villegas
Departamento de Justicia
Calle Teniente César González Esq. Jesus T. Piñero
San Juan PR. / PO Box 9020192 - 00902

RECIBIDO-DPTO JUSTICIA
OFIC PROCURADOR GEN
2 ABR'19 AM 10:17

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se Fed. Bar # 119404
Urb. Villas del Paraná Calle 11, Bloque S-1 #5 San Juan, PR 20926
Tel. 787-438-6687 / Email. hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-Gonzalez
2019.03.27 13:58:30 -04'00'

Date: 03/27/2019 _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amir Cristina Nieves Villegas

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)* Departamento de Justicia, Calle Cesar Gonzalez, San Juan, PR      on *(date)*                        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Helbert Santana                        , who is
designated by law to accept service of process on behalf of *(name of organization)* April 2, 2019
on *(date)* _____                        ; or

☐ I returned the summons unexecuted because _____                        ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: April 2, 2019

_____
*Server's signature*

Manuel A. Repollet Melendez

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
Hiran Pérez-Soto, Pro Se )
*Plaintiff(s)* )
)
v. )    Civil Action No.   19-cv-1266(CCC)
)
)
)
Malte Oronoz Rodriguez Et )
*Defendant(s)* )    Al
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ledo. Guillermo Ramos Liña
PO Box 22763, UPR Station
San Juan, P.R. 00931-2763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiran Pérez-Soto, Pro Se  Fed. Bar # 11940
Urb. Villas de Parana Calle 11 Bloque S-1 #5, San Juan PR 00926
tel. 787-438-6687 Email: hperez.1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:38:44 -04'00'

Date:    03/27/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leda · Guillermo Ramos Luina

was received by me on *(date)* Apvr 1, 1, 2019.

☒ I personally served the summons on the individual at *(place)* Cond- Mp Tower, Ponce De Leon Av

on Jun PLz, on *(date)* Apvil 3, 2019 or

Suite 1500.

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: Apvil 3, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Hiram Pérez-Soto, Pro Se</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 19-cv-1266(CCC)</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Maite Oronoz Rodriguez, [7 Als]</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lcda. Patricia Cordero Alcaraz
1578 Ave. Ponce de León Urb. El C018be, Sector el Cinco
San Juan, P.R. 00926-2711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se Fed Bar #. 119404
Urb Villas de Paraná Calle 11 Bloque 5-1 #5 San Juan PR 00921
Tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:37:55 -04'00'

Date: 03/27/2019 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leda. Patricia Cordero Alcaraz

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)* Ponce DeLeón Ave. 1578,
San Juan, PR on *(date)* April 4, 2019

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: April 4, 2019
_____
Server's signature

Manuel A. Reposlet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, Pro Se

_Plaintiff(s)_

v.

Maite Oronoz Rodriguez, Et

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Lcdo. Luis E. Laguna Mimoso
Apartado 1116
Caguas, P.R. 00726

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se Fed. Bar # 119404
Urb. Villas de Parná Calle 11 Bloque S 1 #5, San Juan PR. 00926
Tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-Gonzalez
2019.03.27 13:38:29 -04'00'

Date:   03/27/2019

_Signature of Clerk or Deputy Clerk_

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* cdo. Luis E Laguna Mimoso

was received by me on *(date)* April 1, 2019.

☒ I personally served the summons on the individual at *(place)* Calle Padral 13, Caguar PR
on *(date)* April, 4, 2019; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: April, 4, 2019

_____
*Server's signature*

Manuel A. Repollet Meléndis
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

|  |  |
|---|---|
| Hiram Pérez-Soto, Pro Se<br>*Plaintiff(s)*<br><br>v.<br><br>Maite Oronoz Rodríguez, ET ALs<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Liana Fiol Matta
Urbanización San Ignacio, Calle San Roberto # 16
San Juan, Puerto Rico, 00927

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se  Fed. Bar # 119404
Urb. Villas de Parana, Calle 11, Bloque S-1 #5 San Juan PR. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 14:05:47 -04'00'

Date: 03/27/2019

*Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Liana Fiol Matta

was received by me on *(date)* April 1, 2019

☒ I personally served the summons on the individual at *(place)* Calle Sen Robert #16
San Ignacio, Sen Juan, PR - on *(date)* April 6, 2019

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 6, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

|  |  |  |
|---|---|---|
| _Hiram Pérez-Soto, Pro Se_ <br> _Plaintiff(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| v. | | Civil Action No. 19-cv-1266(CCC) |
| _Maite Oronoz Rodriguez, ElAls_ <br> _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sonia Ivette Vélez Colón
Alturas de San Patricio
Calle Belén #9
Guaynabo, P.R. 00962

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez Soto, Pro Se   Fed. Bar # 119404
Urb. Villas de Parná, Calle 11 Bloque S-1, #5, San Juan PR.
tel. 787-438-6687 | Email: hperez1057@gmail.com   0092

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 13:37:29 -04'00'

Date: _03/27/2019_

*Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Soala Ivette Veles

was received by me on *(date)* April 1, 2019 .

☒ I personally served the summons on the individual at *(place)* Calle Belén #9
A Hurer de Sen Patricio, Guaynabo on *(date)* April 6, 2019 ;

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 6, 2019

_____
Server's signature

Manuel A. Reps Wet melunes
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Hiram Pérez-Soto, Pro Se

_Plaintiff(s)_

v.

Maite Oronoz Rodrigue, El Als

_Defendant(s)_

Civil Action No.   19-cv-1266(CCC)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Ivonne Cassanova Pelossi
Alturas del Remanso
J6 Calle Oscar Mendoza
San Juan, P.R. 00926

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se Fed Bar #119404
Urb. Villas de Parana Calle 11 Bloque 5-1 #5, San Juan, P.R. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-Gonzalez
2019.03.27 13:36:08 -04'00'

Date:   03/27/2019

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ivonne Cassanova Pelossi

was received by me on *(date)* April 1, 2019.

☑ I personally served the summons on the individual at *(place)* J-6 Calle Oscar Mendoza
Alt. El Remanso, San Jen, PR      on *(date)* April 9, 2019 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 9, 2019

_____
Server's signature

Manuel A. Repollet Melendez
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

| | | |
|---|---|---|
| Hiram Perez-Soto Pro Se<br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) | |
| v. | )<br>) | Civil Action No.   19-cv-1266(CCC) |
| Maite Oronoz Rodriguez, Et Als<br>*Defendant(s)* | )<br>)<br>)<br>)<br>) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Isabel Llompart Zeno
> Urbanización Prado Alto
> Calle 7 L M 2
> Guaynabo, P.R. 00966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Attorney Hiram Pérez-Soto Pro Se Fed Bar # 119404
> Urb. Villas de Parané, Calle 11 Bloque S-1 #5, San Juan P.R.
> 00924
> Tel. 787- 438-6687 / Email: hperez 1057@gmail. com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:37:42 -04'00'

Date:   03/27/2019

*Signature of Clerk or Deputy Clerk*

O 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-1266(CCC)

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*    Isabel Llompart Zeno

was received by me on *(date)* April 1, 2019.

☒ I personally served the summons on the individual at *(place)* Calle 7, L-42, Prado Alto,
    Guaynabo PR on *(date)* April, 13, 2019; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
    _____ , a person of suitable age and discretion who resides there,
    on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
    designated by law to accept service of process on behalf of *(name of organization)* _____
    on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: April, 13, 2019                    _____
                                                    Server's signature

                         Manuel A. Repollet Melendez
                                                    Printed name and title


                                         _____
                                                    Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

|  |  |  |
|---|---|---|
| Hiram Pérez-Soto, Pro Se | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 19-cv-1266(CCC) |
| | ) | |
| Maite Oronoz Rodríguez, Et Als | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Georgina Candal Segurola
Condominio Fountainebleau Plaza 801 3013 Ave. Alejandro
San Juan, P.R. 00969

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto Pro Se Fed Bar # 119404
Urb. Villas de Paraná Calle 11 Bloque S-1 #5, San Juan PR. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
_CLERK OF COURT_

Antonio Rodriguez-
Gonzalez
2019.03.27 13:39:50 -04'00'

Date: 03/27/2019 _____

_Signature of Clerk or Deputy Clerk_

O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Georgina Candal Segurola

was received by me on *(date)* April 1, 2019 .

☐ I personally served the summons on the individual at *(place)* Cond. Fountainbleu Plaza, Apt. 801, Guaynabo, P.R. on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 13, 2019

_____
*Server's signature*

Manuel A. Repollet Millens
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Hiram Pérez-Soto, ProSe

_____
*Plaintiff(s)*

v.

Maite Oronoz Rodriguez, El Als

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   19-cv-1266(CCC)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Igry Rivera Martínez
Urb. Alto Apolo 48 Calle Orfeo
Guaynabo, P.R. 00969

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto, Pro Se  Fed. Bar # 119404
Urb. Villas de Parana Calle 11 Bloque S-1 #5, San Juan P.R. 00926
tel. 787-438-6687 / Email: hperez1057@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-Gonzalez
2019.03.27 13:36:51 -04'00'

Date:   03/27/2019   _____        _____
                                                        *Signature of Clerk or Deputy Clerk*

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Iary Rivera Martinez

was received by me on *(date)* April 1, 2019.

☐ I personally served the summons on the individual at *(place)* Callo 01 feo 48
Alto Apolo, Guay nabo PR on *(date)* April 13, 2019 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 13, 2019

_____
Server's signature

Manuel A. Repollet Malonelg
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Hiram Pérez-Soto Pro Se _____ *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 19-cv-1266(CCC) |
| | ) ) |
| Maite Oronoz Rodriguez, EtAls _____ *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aleida Varona Méndez
C 12 Calle 2 Colinas de Cupey
San Juan, PR 00922

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Hiram Pérez-Soto ProSeFed. Bar # 119404
Urb. Villas de Parana Calle 11, Bloque S-1 #5 San Juan PR. 00921
tel. 787-438-6657 /Email: hperez 1057 @ gmail. com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

Antonio Rodriguez-
Gonzalez
2019.03.27 14:02:31 -04'00'

Date: _____03/27/2019_____

_____
*Signature of Clerk or Deputy Clerk*

)440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1266(CCC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merda Vavona Mendez

was received by me on *(date)* April 1, 2019.

☑ I personally served the summons on the individual at *(place)* Calle 2 C-12 Colinas de
Cupey, San Juan, PVR on *(date)* April, 13, 2009

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April, 13, 2019

_____
*Server's signature*

Manuel A. Repollet Melendez
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: